**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00280-CV**
_____

**TERRA VINET, Appellant**

**V.**

**LOUISE MARGARET McKENZIE AND COLIN DONALD McKENZIE, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-12-16948-CV**

**MEMORANDUM OPINION**

The appellant filed a motion to dismiss the appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal or opposed appellant's motion to dismiss. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on October 23, 2019
Opinion Delivered October 24, 2019

Before Kreger, Horton, and Johnson, JJ.